**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION (KANSAS CITY)**

| | |
|---|---|
| In re:  TIMOTHY LEE MATTHEWS  Debtor(s) | Case No. 19-42941-btf-13 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Richard V. Fink Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/22/2019.

2) The plan was confirmed on 01/14/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/05/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan 08/03/2020, 09/25/2020, 05/24/2021.

5) The case was dismissed on 06/15/2021.

6) Number of months from filing or conversion to last payment: 16.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $33,422.94.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,254.86 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$33,254.86** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $5,472.97 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,527.84 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,000.81** |
| Attorney fees paid and disclosed by debtor: | $390.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCE AMERICA CASH ADVANC | Unsecured | 1,318.00 | 1,318.36 | 1,318.36 | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | 331.00 | NA | NA | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | 271.00 | NA | NA | $0.00 | $0.00 |
| AFFIRM INC | Unsecured | 88.00 | NA | NA | $0.00 | $0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 4,810.00 | NA | NA | $0.00 | $0.00 |
| AMERICOLLECT | Unsecured | 52.00 | NA | NA | $0.00 | $0.00 |
| BALANCE CREDIT | Unsecured | 100.00 | NA | NA | $0.00 | $0.00 |
| BECKET & LEE LLP | Unsecured | 2,176.00 | 2,044.25 | 2,044.25 | $0.00 | $0.00 |
| BLUE PARKWAY EMERG PHYS | Unsecured | 31.94 | NA | NA | $0.00 | $0.00 |
| BRIDGECREST CREDIT COMPANY L | Secured | 7,673.00 | 7,216.49 | 7,216.49 | $1,828.51 | $757.74 |
| BRIGHT LENDING | Unsecured | 100.00 | NA | NA | $0.00 | $0.00 |
| CASHNETUSA | Unsecured | 2,200.00 | 2,600.07 | 2,600.07 | $0.00 | $0.00 |
| CHECK INTO CASH | Unsecured | 1,000.00 | NA | NA | $0.00 | $0.00 |
| CITI FINANCIAL | Unsecured | 100.00 | NA | NA | $0.00 | $0.00 |
| DEPARTMENT OF EDUCATION/NEL | Unsecured | 3,401.00 | NA | NA | $0.00 | $0.00 |
| DIAGNOSTIC IMAGING | Unsecured | 13.00 | NA | NA | $0.00 | $0.00 |
| EQUITY BANK | Unsecured | 977.00 | NA | NA | $0.00 | $0.00 |
| FIRST PREMIER BANK | Unsecured | 478.00 | NA | NA | $0.00 | $0.00 |
| GREENTRUST CASH | Unsecured | 927.00 | NA | NA | $0.00 | $0.00 |
| HARLEY DAVIDSON CREDIT CORP | Secured | 22,553.00 | 23,745.07 | 23,745.07 | $0.00 | $0.00 |
| INBOX LOAN | Unsecured | 1,100.00 | NA | NA | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Secured | 26,000.00 | 23,727.18 | 23,727.18 | $0.00 | $434.77 |
| INTERNAL REVENUE SERVICE | Priority | 0.00 | 723.41 | 723.41 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 984.20 | 984.20 | $0.00 | $0.00 |
| JEFFERSON CAPITAL | Unsecured | 478.50 | NA | NA | $0.00 | $0.00 |
| JET CREDIT 365 | Unsecured | 100.00 | NA | NA | $0.00 | $0.00 |
| JORA CREDIT | Unsecured | 3,320.30 | NA | NA | $0.00 | $0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC | Secured | 180,049.00 | 187,473.56 | 187,473.56 | $22,233.03 | $0.00 |
| *LAKEVIEW LOAN SERVICING LLC* | | | | | *$21,047.21* | *$0.00* |
| *PAIGE WYMORE-WYNN, CLERK OF* | | | | | *$1,185.82* | *$0.00* |
| LAKEVIEW LOAN SERVICING LLC | Secured | 7,340.44 | 10,149.12 | 10,149.12 | $0.00 | $0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | NA | 550.00 | 550.00 | $0.00 | $0.00 |
| LAKEVIEW LOAN SERVICING LLC | Secured | 1,395.55 | 1,465.33 | 1,465.33 | $0.00 | $0.00 |
| LEES SUMMIT MEDICAL CENTER | Unsecured | 306.42 | 306.42 | 306.42 | $0.00 | $0.00 |
| MISSOURI DEPARTMENT OF REVEN | Priority | NA | 1,324.73 | 1,324.73 | $0.00 | $0.00 |
| MISSOURI DEPARTMENT OF REVEN | Unsecured | NA | 200.00 | 200.00 | $0.00 | $0.00 |
| MONEY STASH | Unsecured | 280.00 | NA | NA | $0.00 | $0.00 |
| NELNET | Unsecured | 3,900.00 | NA | NA | $0.00 | $0.00 |
| PLAIN GREEN LOANS | Unsecured | 2,816.00 | 3,906.22 | 3,906.22 | $0.00 | $0.00 |
| PORTFOLIO RECOVERY ASSOCIATE | Unsecured | 283.00 | 187.78 | 187.78 | $0.00 | $0.00 |
| RISE CREDIT | Unsecured | 2,415.00 | NA | NA | $0.00 | $0.00 |
| SPEEDY/RAPID CASH | Unsecured | 992.41 | 992.41 | 992.41 | $0.00 | $0.00 |
| ST LUKES SURGICENTER | Unsecured | 1,914.00 | NA | NA | $0.00 | $0.00 |
| ST MARY'S MEDICAL CENTER | Unsecured | 100.00 | NA | NA | $0.00 | $0.00 |
| SUMMIT GASTROENTEROLOGY | Unsecured | 177.42 | NA | NA | $0.00 | $0.00 |
| TOWER LOAN OF MISSOURI LLC | Unsecured | 1,573.00 | 1,481.91 | 1,481.91 | $0.00 | $0.00 |
| WELLS FARGO BANK NA | Unsecured | 198.00 | NA | NA | $0.00 | $0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $187,473.56 | $22,233.03 | $0.00 |
| Mortgage Arrearage | $11,614.45 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $30,961.56 | $1,828.51 | $757.74 |
| All Other Secured | $24,277.18 | $0.00 | $434.77 |
| **TOTAL SECURED:** | **$254,326.75** | **$24,061.54** | **$1,192.51** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,048.14 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,048.14** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,021.62** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $8,000.81 |
| Disbursements to Creditors | $25,254.05 |
| **TOTAL DISBURSEMENTS** : | **$33,254.86** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2021

By: /s/ Richard V. Fink Trustee
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**